LAW OFFICES OF BILL LATOUR                                    JS-6
Bill LaTour [C.S.B.N. 169758]
1420 E. Cooley Dr., Suite 100
Colton, California, 92324
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ERNEST CRAVEN, | ) No. EDCV 10-410 RNB |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER OF |
| | ) VOLUNTARY DISMISSAL OF |
| v. | ) CASE WITH PREJUDICE |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| _____ | ) |

    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear his own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

    Date: November 12, 2010

    _____
    ROBERT N. BLOCK
    UNITED STATES MAGISTRATE JUDGE

-1-